**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TURBI-ACOSTA,** | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **Civ. No. 26-6683** |
| | : | |
| **WARDEN OF FEDERAL DETENTION CENTER PHILADELPHIA, *et al.*,** | : | |
| **Respondents.** | : | |

---

**ORDER**

**AND NOW**, this 16th day of September, 2026, upon consideration of Luis Turbi-Acosta's Petition (Doc. No. 1) and the Government's Response (Doc. No. 5), it is hereby **ORDERED** that the Petition (Doc. No. 1) is **GRANTED IN PART** as follows:

1. **Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2)**, and instead may be detained, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a). See Buele Morocho v. Warden Philadelphia FDC, No. 26-1150, 2026 WL 2546223 (3d Cir. Aug. 28, 2026); see also Gomez v. Jamison, No. CV 26-5604, 2026 WL 2664887 (E.D. Pa. Sep. 10, 2026) (Costello, J.) ("Section 1226 applies . . . [where the petitioner] is not actively seeking admission and has been living in the United States for an extended time."); Demirel v. Federal Detention Ctr. Philadelphia, No. 25-5488, 2025 WL 3218243 (E.D. Pa. Nov. 18, 2025).

2. **On or before September 23, 2026**, Respondents **shall provide** Petitioner with a **bond hearing** before an Immigration Judge in accordance with 8 U.S.C. § 1226(a).

3. Should the IJ deny bond, Respondents **shall provide** Petitioner the opportunity to appeal to the Board of Immigration Appeals.

**BY THE COURT:**

***/s/ Paul S. Diamond***

**PAUL S. DIAMOND, J.**