**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TURBI-ACOSTA,** | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **Civ. No. 26-6683** |
| | : | |
| **WARDEN OF FEDERAL** | : | |
| **DETENTION CENTER** | : | |
| **PHILADELPHIA,** ***et al.,*** | : | |
| **Respondents.** | : | |

**ORDER**

**AND NOW**, this 22nd day of September, 2026, it is hereby **ORDERED** that Petitioner's Motion to Enjoin (Doc. No. 7) is **DENIED**.

**BY THE COURT:**

***/s/ Paul S. Diamond***
**PAUL S. DIAMOND, J.**